SAMUEL KOREN, Respondent, *v.* THE NATIONAL CONDUIT AND CABLE COMPANY, Appellant.

*Koren* v. *National Conduit & Cable Co., 82* App. Div. 527, affirmed.
(Argued June 15, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 16, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Joseph N. Tuttle* for appellant.

*James M. Hunt* and *George N. Rigby* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

LEWIS G. WHITE, Respondent, *v.* LOYAL L. JACKSON and MORTIMER L. HINCHMAN, Appellants.

*White* v. *Jackson,* 75 App. Div. 615, affirmed.
(Submitted June 15, 1904; decided August 5, 1904.)

APPEAL from a judgment, entered August 25, 1902, upon an order of the Appellate Division of the Supreme Court in the third judicial department affirming an interlocutory judgment of Special Term overruling a demurrer to the complaint.

*Vasco P. Abbott* for appellants.

*Joseph F. Brown* for respondent.

Judgment affirmed, with costs, with leave to defendants to apply to the Special Term within twenty days for leave to serve answer; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.